**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **QUENTIN BIVINS, #42702-177,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | **3:13-CV-1848-D** |
| | § | **(3:10-CR-304-D)** |
| **UNITED STATES OF AMERICA,** | § | |
| Respondent. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, petitioner's May 30, 2014 motion for reconsideration is denied.

**SO ORDERED**.

July 31, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE